**DENY and Opinion Filed May 11, 2022**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00990-CV

## IN RE CHG SENIOR LIVING OF FORNEY, LLC D/B/A THREE FORKS SENIOR LIVING OF FORNEY, Relator

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-20607**

## MEMORANDUM OPINION
Before Justices Osborne, Pedersen, III, and Goldstein
Opinion by Justice Osborne

In this original proceeding, relator challenges the trial court's denial of its motion to dismiss the claims for breach of contract, premises liability, and ordinary negligence pursuant to Texas Rule of Civil Procedure 91a. *See* TEX. R. CIV. P. 91a. Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that relator lacks an adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Based on our review of the petition, response, and the record before us, we conclude that relator has failed to demonstrate an abuse of discretion. *See* TEX. R. APP. P. 52.8(a).

Accordingly, we deny the petition for writ of mandamus.

/Leslie Osborne/

LESLIE OSBORNE
JUSTICE

210990f.p05